IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 21-cv-02594-CNS-MEH | Date: April 20, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DALE REED | *Daniel Foster* |
| LAURA REED | *Michael Rollin* |
| **Plaintiffs** | |
| v. | |
| OWNERS INSURANCE COMPANY | *Hanna McCalla* |
| | *Evan Stephenson* |
| **Defendant** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  10:05 a.m.

Appearance of counsel.

**ORDERED:**   [130] **Motion for Leave to Substitute a New Expert Witness is GRANTED.**

**Discovery is reopened for the limited purpose of the designation of the new expert.**

**Expert is to be designated on or before June 5, 2023.**

**Plaintiff is allowed a deposition of the new expert and the defense will incur that expense.**

**Plaintiffs have until July 5, 2023, to designate a rebuttal expert, if necessary.**

Argument as to [85] Defendant's Motion for Partial Summary Judgment and [87] Plaintiffs' Motion for Partial Summary Judgment given by Ms. McCalla and Mr. Rollin.

Argument as to [123] Plaintiffs' Motion to Dismiss Defendant's Counterclaims given by Mr. Foster and Mr. Stephenson.

As outlined on the record it is

**ORDERED:**  **Plaintiff Laura Reed is DISMISSED from the case.**

   **[123] Plaintiffs' Motion to Dismiss Defendant's Counterclaims is DENIED.**

   **[85] Defendant's Motion for Partial Summary Judgment is DENIED.**

   **[87] Plaintiffs' Motion for Partial Summary Judgment is DENIED.**

After conferral and if needed, plaintiff is to file a motion as to reopening of discovery considering the Court's ruling as to counterclaims.

**ORDERED:**  **Settlement conference with Magistrate Judge Hegarty is authorized without the need of a motion.**

Court in Recess:  12:00 p.m.          Hearing concluded.          Total time in Court:  01:55